FILED
CLERK, U.S. DISTRICT COURT

DEC 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM DWAYN SMITH,<br><br>    Petitioner,<br><br>v.<br><br>MIKE KNOWLES and BILL LOCKYER,<br><br>    Respondents. | No. SACV 06-1099 SJO (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge Re Petitioner's Motion to Amend ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that petitioner's motion for leave to amend is denied.

DATED: 14/18/0/

_____
S. JAMES OTERO
United States District Judge