# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DWAIN SMITH, | CASE NO. SACV 06-1099 SJO (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| MIKE KNOWLES, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 8/5/11

S. JAMES OTERO
United States District Judge